PER CURIAM.
Affirmed. See Cruller v. State, 808 So.2d 201 (Fla.2002); McCall v. State, 862 So.2d 807 (Fla. 2d DCA 2003); Stephenson v. State, 666 So.2d 573 (Fla. 2d DCA 1996); Plowman v. State, 586 So.2d 454 (Fla. 2d DCA 1991); Middleton v. State, 721 So.2d 792 (Fla. 3d DCA 1998). As this court did in McCall, we certify direct conflict with Richardson v. State, 884 So.2d 950, 2003 WL 21697171 (Fla. 4th DCA July 23, 2003).
Affirmed; conflict certified.
WHATLEY, CASANUEVA, and CANADY, JJ., Concur.